UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIRST NIAGARA BANK, N.A.,

        Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

        Defendant.
_____

JPMORGAN CHASE BANK, N.A.,

        Third-Party Plaintiff,

vs.

GARRISON DESIGN BUILD, INC., KEVIN WAYNE RICHARDSON, a/k/a Wayne Richardson, in his individual capacity and as alter ego of Garrison Design Build Inc., and TWENTY RULE INC., as alter ego of Kevin Wayne Richardson,

        Third-Party Defendants.
_____

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

Case No. 14-CV-00260

    I certify that the attached Judgment is a copy of a judgment entered by this Court on March 5, 2015, and amended on March 12, 2015.

    I further certify that, by the Order of the Hon. Richard J. Arcara, dated March 12, 2015, third-party plaintiff JPMorgan Chase Bank, N.A., is authorized, pursuant to 28 U.S.C. § 1963, to register this Judgment in the United States District Court for the Northern District of Texas.

Date: March 12, 2015

                              MICHAEL J. ROEMER
                              CLERK OF COURT

                              By: _/s/ Michael J. Roemer_____
                                     Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| First Niagara Bank N.A.<br>    Plaintiff<br>  v.<br><br>JPMorgan Chase Bank, N.A.<br>    Defendant<br>    Third Party Plaintiff<br>  V.<br><br>Garrison Design Build Inc., et al<br>    Third Party Defendants' | **AMENDED INTERIM**<br>**JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 14-CV-260 - A |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment is granted for JPMorgan Chase Bank, N.A., joint and several against third-party defendants Garrison Design Build, Inc., Kevin Wayne Richardson, and Twenty Rule, Inc., pursuant to Rule 64 of the Federal Rules of Civil Procedure, in the amount of $182,920.60 ($152,947.80 plus simple interest of $29,972.80 at $20.96 per diem from April 5, 2011 to March 5, 2015).

Date: March 12, 2015

                                                        MICHAEL J. ROEMER,
                                                        CLERK OF COURT

                                                        By: s/Denise Collier
                                                        Deputy Clerk

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
MICHAEL J. ROEMER, CLERK
By _____
        Clerk
Original Filed 3/12/15